[44] Based on the totality of the facts and circumstances at the time the guilty plea was entered, I consider that the guilty plea was intelligently and voluntarily made. Boykin v.Alabama, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274 (1969). Accordingly, I respectfully concur.
[45] BLANCHE, Justice (concurring).
[46] Boykin does not require an express, ritualistic articulation of the three rights as we have required inJackson, supra. Boykin stands solely for the proposition that guilty pleas should be knowingly and intelligently made. InBoykin, the record was silent as to this issue and the Court correctly stated that it could not presume the defendant waived his constitutional rights when his plea was taken.
[47] The totality of the circumstances surrounding the case will determine whether the plea was voluntarily and intelligently made. See this writer's dissenting opinion in State v.Williams, 400 So.2d 868 (La. 1981), and concurring opinions in State v. Warren a/k/a Mason, 402 So.2d 662 (La. 1981) and State v. Cusher, 400 So.2d 601 (La. 1981).